**JUDGE LEISURE**

**08 CV 00493**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MAERSK LINE,

v.

ADMIRAL OVERSEAS SHIPPING CO., INC.,

CASE NO.

RECEIVED JAN 1 8 2008 U.S.D.C. S.D.N.Y.

----------------------------------------x

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR ___Maersk Line___ (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

See attached list.

DATE: 1-17-08

_____
SIGNATURE OF ATTORNEY
Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99

Subsidiaries, Joint Ventures, Equity Interests and/or Majority Owned Subsidiaries/Partnerships

APM Terminals North America, Inc.
A.P.M. Terminals Virginia Inc.
APM USA, Ltd.
A.P. Moller Inc.
A.P. Moller (Canada) Inc.
Atlantic Pacific Marine Corp.
Brigantine Terminal Corp.
Bridge Terminal Transport, Inc.
Bridge Terminal Transport Canada Inc.
Bridge Terminal Services
Buyers Air Cargo Inc.
Buyers Express Inc.
Container Stevedoring Company Inc.
DSL Star Express Inc.
Hudd Distribution Services, Inc.
Hudd Distribution Canada Inc.
Maersk Canada Inc.
Maersk Domestic LLC
Maersk Inc.
Maersk Equipment Service Company, Inc.
Maersk Line Limited
Maersk Logistics Canada Inc.
Maersk Logistics USA Inc.
Maersk Pacific Ltd.
Midwest Intermodal Services, Inc.
O'Neill & Whitaker, Inc.
Pacific Rim Transport Inc.
Pac Rim Unifreight Inc.
PRTI Transport Inc.
Sea-Land Logistics Inc.
Sea-Land Logistics (North America) Inc.
Select Cargo Services Inc.
Stevedoring Systems Inc.
Tacoma Terminals Inc.
36th Street Terminal Corp.
Universal Maritime Service Corp.
Wilmington Trust